## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

MILDRED MCHENRY,

       Plaintiff,

                                     CIVIL ACTION NO. 2:12-cv-01581

vs.

LEGRAND SERVICES, INC. DBA
LEGRAND HAIR SALON,

       Defendant.

### AGREED ORDER OF DISMISSAL

       This day came the Plaintiff and Defendant, by counsel, and represented to this Honorable

Court that all matters in controversy between the parties as alleged in Plaintiff's Complaint have

been knowingly, voluntarily, and in good faith, resolved and settled and who, therefore, jointly

moved the Court to dismiss the above-captioned action, with prejudice.  Upon due consideration

and hearing no objection, the Court does hereby **GRANT** said Motion and does hereby **ORDER**

that this action be and the same is hereby **DISMISSED WITH PREJUDICE** as to all parties

and claims. It is further **ORDERED** that this case shall be stricken from the Court's docket and

that the clerk shall forward a certified copy of this Order to all counsel of record.

_____        _____
Entered                                Judge

Prepared and Agreed to by:              Agreed to by:

*/s/ P. Joseph Craycraft*                */s/ Cynthia E. Evans*
P. Joseph Craycraft, Esq.               Cynthia E. Evans, Esq.
Swartz Campbell, LLC                    380 Mandolin Drive
1233 Main Street, Suite 1000            Buffalo, WV 25033
Wheeling, WV  26003

Counsel for Defendant                   Counsel for Plaintiff